UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson** | Case No. 4:21-cv-07052-HSG |
| Plaintiff, | ORDER |
| V. | |
| **Happy Bellies;** and Does 1-10, | |
| Defendants, | |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file dismissal in this matter, if at all, shall be extended up to and including May 4, 2022.

**IT IS SO ORDERED.**

Dated: **4/4/2022**

*Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR
United States District Judge

1